[No. 49859-2-I.   Division One.   June 9, 2003.]

*In the Matter of the Marriage of* DOLAT P. SALEH,
*Respondent*, and BIJAN PARSADMEHR, *Appellant*.

Appeal from judgments of the Superior Court for King
County, No. 96-3-05219-5, J. Kathleen Learned, J., entered
November 2 and December 21, 2001, and January 24,
March 20, April 19 and June 5, 2002. *Affirmed* by unpub-
lished opinion per Kennedy, J., concurred in by Becker, C.J.,
and Appelwick, J.

[No. 49948-3-I.   Division One.   June 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER
LINVILLE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-1-05106-3, Cheryl B. Carey, J., entered
January 11, 2002. *Reversed* by unpublished per curiam
opinion.

[No. 50099-6-I.   Division One.   June 9, 2003.]

LEROY H. BRETTIN, JR., ET AL., *Respondents*, v. MARK M.
WILSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 00-2-06401-2, Linda Lau, J., entered February
25, 2002. *Affirmed* by unpublished opinion per Appelwick,
J., concurred in by Kennedy and Ellington, JJ.

[No. 50197-6-I.   Division One.   June 9, 2003.]

CRESMONT TECHNICAL SERVICES, INC., ET AL., *Appellants*, v.
FISHERMAN'S BOAT SHOP, INC., *Respondent*.

Appeal from judgments of the Superior Court for King
County, No. 00-2-10250-0, Bruce W. Hilyer, J., entered
March 15 and 18, 2002. *Reversed* by unpublished opinion
per Schindler, J., concurred in by Ellington and Appelwick,
JJ.